IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIO BARRAZA,

    Plaintiff,

v.

SAN FRANCISCO GIANTS BASEBALL ASSOCIATES L.P. and DOES 1 through 10,

    Defendants.

No. C 11-01591 JSW

**ORDER RE BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION**

On June 27, 2011, Plaintiff filed a Motion to Compel Arbitration, which is noticed for hearing on August 5, 2011. Although when he filed the motion, Plaintiff indicated that the opposition is due on July 22, 2011, pursuant to Northern District Civil Local Rule 7-3(a), the opposition brief is due fourteen (14) days after the motion is filed and served. Because this is an efiling case, Defendant's opposition is due on Monday, July 11, 2011. Pursuant to Local Rule 7-3(c), Plaintiff's reply is due seven days after Defendant's opposition is filed and served, *i.e.* by no later than July 18, 2011.

**IT IS SO ORDERED.**

Dated: June 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE