IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCIO BARRAZA,

    Plaintiff,

v.

SAN FRANCISCO GIANTS BASEBALL ASSOCIATES L.P. and DOES 1 through 10,

    Defendants.

                                         /

No. C 11-01591 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court has received and considered Defendants' separate Joint Case Management Statement. It is HEREBY ORDERED that the case management conference scheduled for October 21, 2011 is CONTINUED to October 28, 2011 at 1:30 p.m. The parties shall file an updated Joint Case Management Statement by Monday, October 24, 2011.

    It is FURTHER ORDERED that if Plaintiff fails to participate in the preparation of the Joint Case Management Conference Statement required by this Order, the Court shall issue an Order to Show Cause directing Plaintiff to show cause why monetary sanctions should not be imposed.

    **IT IS SO ORDERED.**

Dated: October 19, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE