1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LUCIO BARRAZA,

10          Plaintiff,                        No. C 11-01591 JSW

11    v.                                      **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE**
12  SAN FRANCISCO GIANTS BASEBALL
    ASSOCIATES L.P. and DOES 1 through 10,
13
           Defendants.
14

15  _____/

16        The Court has received and considered Defendants' separate Joint Case Management

17  Statement.  It is HEREBY ORDERED that the case management conference scheduled for

18  October 21, 2011 is CONTINUED to October 28, 2011 at 1:30 p.m.  The parties shall file an

19  updated Joint Case Management Statement by Monday, October 24, 2011.

20        It is FURTHER ORDERED that if Plaintiff fails to participate in the preparation of the

21  Joint Case Management Conference Statement required by this Order, the Court shall issue an

22  Order to Show Cause directing Plaintiff to show cause why monetary sanctions should not be

23  imposed.

24        **IT IS SO ORDERED.**

25

26  Dated: October 19, 2011                   _____
                                              JEFFREY S. WHITE
27                                            UNITED STATES DISTRICT JUDGE

28

*United States District Court*
For the Northern District of California