United States District Court
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   LUCIO BARRAZA,
10            Plaintiff,                          No. C 11-01591 JSW
11   v.                                          **ORDER VACATING CASE
                                                 MANAGEMENT CONFERENCE
12   SAN FRANCISCO GIANTS BASEBALL               AND SETTING DATES**
     ASSOCIATES L.P. and DOES 1 through 10,
13
14            Defendants.
15   _____/
16            The Court has received and considered the parties' Joint Case Management Statement.
17   It is HEREBY ORDERED that the case management conference scheduled for October 28,
18   2011 at 1:30 p.m. is VACATED.
19            The Court shall adopt, in part, the deadlines proposed by the parties.
20            The Court shall conduct a further case management conference on **Friday, February 3,
21   2012 at 1:30 p.m.**   A further joint case management conference statement shall be due on
22   Friday, January 27, 2012.
23            The deadline to complete fact discovery is **April 9, 2012.**
24            The deadline to exchange expert disclosures is **April 9, 2012.**
25            The deadline to complete expert discovery is **May 11, 2012.**
26            The last day to hear dispositive motions is **Friday, April 13, 2012 at 9:00 a.m.**[1]
27            The pretrial conference shall be held on **Monday, July 2, 2012 at 2:00 p.m.**
28

_____

[1]            As the parties are aware, the Court's civil law and motion calendar is heard on
Fridays.

The trial shall be held on **Monday, July 23, 2012 at 8:00 a.m.**

If the parties finalize their settlement, they shall immediately notify the Court, and shall advise the Court when they expect a dismissal to be filed.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2