United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO BARRAZA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO GIANTS BASEBALL<br>ASSOCIATES L.P. and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | No. C 11-01591 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DATES** |

The Court has received and considered the parties' Joint Case Management Statement. It is HEREBY ORDERED that the case management conference scheduled for October 28, 2011 at 1:30 p.m. is VACATED.

The Court shall adopt, in part, the deadlines proposed by the parties.

The Court shall conduct a further case management conference on **Friday, February 3, 2012 at 1:30 p.m.** A further joint case management conference statement shall be due on Friday, January 27, 2012.

The deadline to complete fact discovery is **April 9, 2012.**

The deadline to exchange expert disclosures is **April 9, 2012.**

The deadline to complete expert discovery is **May 11, 2012.**

The last day to hear dispositive motions is **Friday, April 13, 2012 at 9:00 a.m.**[1]

The pretrial conference shall be held on **Monday, July 2, 2012 at 2:00 p.m.**

---

[1] As the parties are aware, the Court's civil law and motion calendar is heard on Fridays.

The trial shall be held on **Monday, July 23, 2012 at 8:00 a.m.**

If the parties finalize their settlement, they shall immediately notify the Court, and shall advise the Court when they expect a dismissal to be filed.

**IT IS SO ORDERED.**

Dated: October 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2