| | |
|---|---|
| 1 | JULIO J. RAMOS (SBN. 189944) |
| | LAW OFFICES OF JULIO J. RAMOS |
| 2 | ramosfortrustee@yahoo.com |
| | 35 Grove Street, Suite 107 |
| 3 | San Francisco, California 94102 |
| | Telephone:    (415) 948-3015 |
| 4 | Facsimile:    (415) 469-9787 |
| 5 | Attorney for Lucio Barraza |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LUCIO BARRAZA | ) | CIV. N0. 11-001591 (JSW)) |
| | ) | |
| Plaintiffs, | ) | NOTICE OF SETTLEMENT |
| | ) | REQUEST FOR DISMISSAL |
| vs. | ) | **ORDER THEREON** |
| | ) | Judge: Hon. Jeffrey S. White |
| SAN FRANCISCO GIANTS BASEBALL, L.P., | ) | |
| | ) | Trial Date: None |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same. The Plaintiff respectfully requests that the case be taken off calendar and that it be dismissed with prejudice.

DATED: December 13, 2011

_____
Julio J. Ramos
JULIO J. RAMOS

December 13, 2011

IT IS SO ORDERED

*Jeffrey S. White*
Judge Jeffrey S. White

In future appearances before this Court, counsel should submit a proposed dismissal order.

1

NOTICE OF SETTLMENT