1  JULIO J. RAMOS (SBN. 189944)
   LAW OFFICES OF JULIO J. RAMOS
2  ramosfortrustee@yahoo.com
   35 Grove Street, Suite 107
3  San Francisco, California 94102
   Telephone:    (415) 948-3015
4  Facsimile:    (415) 469-9787

5  Attorney for Lucio Barraza

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 LUCIO BARRAZA                    )   CIV. N0. 11-001591 (JSW))
                                    )
11         Plaintiffs,               )   NOTICE OF SETTLEMENT
                                    )   REQUEST FOR DISMISSAL
12 vs.                              )   **ORDER THEREON**
                                    )   Judge: Hon. Jeffrey S. White
13 SAN FRANCISCO GIANTS BASEBALL,   )
   L.P.,                            )   Trial Date: None
14         Defendant.                )
                                    )
15                                  )
                                    )
16

17    **NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and

18 each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and

19 Plaintiff respectfully requests this Court take judicial notice of same. The Plaintiff respectfully

20 requests that the case be taken off calendar and that it be dismissed with prejudice.

21

22 DATED: December 13, 2011

23                                           /s/ Julio J. Ramos
                                             JULIO J. RAMOS
24  December 13,
    2011

25

26

                IT IS SO ORDERED
                [signature]
                Judge Jeffrey S. White

27 In future appearances before this Court, counsel should submit a proposed dismissal order.

28
                                        1
   NOTICE OF SETTLMENT